IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES DAVIS, #148473, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:04CV437-T  WO |
| SGT. FRED COTHRON, *et al.,* | ) |
| Defendants. | ) |

**ORDER ON MOTION AND OPINION**

On 29 April 2005, the Magistrate Judge filed a Recommendation (Doc. #25) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the defendants' motion for summary judgment be and is hereby GRANTED; and

3. That the plaintiff's claims are DISMISSED with prejudice.

DONE, this the 23rd day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE